**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

## COVER SHEET FOR AMENDMENTS

**Case Name:** Laura Deck  **Case No.:** 16-47333

### DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

- ☐ **Amendment to Petition:**
  - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
  - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☐ **Schedules and List of Creditors:**
  - ☐ Schedule A/B
  - ☐ Schedule C  ☐ Debtor 2 Schedule C
  - ☐ List of Creditors ☐ Schedule D ☐ Schedule E/F and
    - ☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
  - ☐ Schedule G
  - ☐ Schedule H
  - ☐ Schedule I
  - ☐ Schedule J
  - ☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the LIst of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** May 31, 2016 | **Signature** /s/ Erika D. Hart |
| | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** May 31, 2016 | **Signature** /s/ Laura Deck |

1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

16-47333-tjt    Doc 15    Filed 05/31/16    Entered 05/31/16 15:28:13    Page 1 of 3

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section of the form to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**            **PLEASE CHANGE TO:**

-NONE-

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:** John J. Morad

**ADDRESS:** 30600 Telegraph Road, Ste. 3247
Bingham Farms, MI 48025

**NAME OF CREDITOR:** Bank of Ann Arbor

**ADDRESS:** 125 S. Fifth Avenue
Ann Arbor, MI 48104

**NAME OF CREDITOR:** AAMS/Automated Accounts Management Service

**ADDRESS:** 4800 Mills Civic Parkway, Ste. 202
West Des Moines, IA 50265

**NAME OF CREDITOR:** AFNI

**ADDRESS:** 1310 Martin Luther King Dr.
Bloomington, IL 61701

**NAME OF CREDITOR:** Allstate Credit Bureau - Attn: Bankrutpcy

**ADDRESS:** 19315 West 10 Mile Road
Southfield, MI 48075

**NAME OF CREDITOR:** Discover Financial - Attn: Bankruptcy

**ADDRESS:** P.O. Box 3025
New Albany, OH 43054

**NAME OF CREDITOR:** IC Systems, Inc.

**ADDRESS:** 444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164

**NAME OF CREDITOR:** Kohls/Capital One

**ADDRESS:** P.O. Box 3120
Milwaukee, WI 53201

| | |
|---|---|
| **NAME OF CREDITOR:** | Midland Funding |
| **ADDRESS:** | 2365 Northside Drive, Ste. 300 |
| | San Diego, CA  92108 |
| **NAME OF CREDITOR:** | Portfolio Recovery - Attn:  Bankruptcy |
| **ADDRESS:** | P.O. Box 41067 |
| | Norfolk, VA  23541 |
| **NAME OF CREDITOR:** | Senex Services Corp. |
| **ADDRESS:** | 3333 Founders Road, 2nd Floor |
| | Indianapolis, IN  46268 |
| **NAME OF CREDITOR:** | American Express |
| **ADDRESS:** | P.O. Box 981540 |
| | El Paso, TX 79998 |

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*